UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DANIEL E. GESEGNET     PLAINTIFF(S)

VS     CIVIL ACTION NO. 3:09CV-828-H

JB HUNT TRANSPORT, INC.     DEFENDANT(S)

**O R D E R**

The above-styled action came before the undersigned for a pretrial conference on May 23, 2011. There appeared Mr. Michael A. Augustus on behalf of the plaintiff and the behalf of the defendant, Mr. Ronald Polly, who appeared telephonically.

Discussions having been held and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** the Court has taken the pending motion before the Court under advisement and a ruling will be forthcoming.

Date: May 23, 2011

Copies to:

All Counsel of Record

Court Time: 00/10